# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO FUNTANILLA, JR.,<br><br>Plaintiff,<br><br>v.<br><br>ROMAN W. WILLIAMS, et al.,<br><br>Defendants. | Case No.1:10-cv-01624-DLB PC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** (ECF No. 44)<br><br>**ORDER GRANTING REQUEST FOR SERVICE OF PROCESS BY UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COST** (ECF No. 50)<br><br>**ORDER DIRECTING CLERK OF COURT TO FORWARD SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN** (ECF Nos. 19, 22) |

Plaintiff Gregorio Funtanilla, Jr. ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's second amended complaint against Defendants Roman W. Williams, Jesuit S. Manson, K. Turner, D. Ibarra, O. A. Ybarra, M.A. Baires, J. Lias, R. Gomez, Nola Grannis, Angela Romanello, Kelly Santoro, Derral G. Adams, and Ken Clark for violation of the Free Exercise Clause of the First Amendment and the Religious Land Use and Institutionalized Persons Act of 2000. On March 22, 2012, Plaintiff was instructed of the requirements for service of process and directed to effect service on these thirteen Defendants within 120 days. ECF No. 24. February 12, 2013, the Court issued a second Order to Show Cause regarding service of process on Defendants and prosecution of this action. ECF No. 44. On March 25, 2013, Plaintiff filed his response. ECF No. 50. Accordingly, the order to show cause is hereby DISCHARGED.

1

One Defendant, Williams, was personally served by a fellow inmate on behalf of Plaintiff.[1] Plaintiff attests that on November 26, 2012, he mailed the waiver of service, summons, complaint, and self-addressed stamped envelope to the other twelve Defendants via the litigation coordinator at California Substance Abuse Treatment Facility and received no response. Plaintiff now requests service by the United States Marshal pursuant to Rule 4(c)(3) of the Federal Rules of Civil Procedure.

"At the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court." Fed. R. Civ. P. 4(c)(3). Here, Plaintiff has now attempted twice to effect service of process, once by mailing a waiver of summons and service to the Defendants at their work address, and a second time to the litigation coordinator for assistance. Both attempts proved unsuccessful. Accordingly, the Court will grant Plaintiff's request that service of process be made by the United States Marshals Service. Plaintiff is advised that the United States Marshals Service will submit a bill of costs to Plaintiff regarding service, which will be Plaintiff's responsibility to pay in full.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Order to Show Cause, issued February 12, 2012, is discharged;
2. Plaintiff's request for service of process by the United States Marshals Service, filed March 25, 2013, is granted;
3. Service is appropriate for Defendants Jesuit S. Manson, K. Turner, D. Ibarra, O. A. Ybarra, M. A. Baires, J. Lias, R. Gomez, Nola Grannis, Angela Romanello, Kelly Santoro, Derral G. Adams, and Ken Clark.
4. The Clerk of the Court shall send Plaintiff twelve (12) USM-285 forms, twelve (12) summonses, a Notice of Submission of Documents form, an instruction sheet, a copy of the second amended complaint filed December 7, 2011, and a copy of the motion for preliminary injunction, filed August 30, 2011.
5. Within **THIRTY (30) DAYS** from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the

---

[1] Default was entered against Defendant Williams on March 25, 2013. ECF No. 49.

Court with the following documents:

    a. Completed summonses;

    b. One completed USM-285 form for each Defendant listed above; and

    c. Thirteen (13) copies of the second amended complaint, filed December 7, 2011, and thirteen (13) copies of the motion for preliminary injunction, filed August 30, 2011.

5. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without prepayment of costs.

6. The failure to comply with this Order will result in dismissal of this action.

7. The United States Marshal will be directed to submit a bill of costs to Plaintiff, which Plaintiff will be responsible to pay.

IT IS SO ORDERED.

Dated: **April 20, 2013**     /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE

3