# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO FUNTANILLA, JR., <br><br> Plaintiff, <br><br> v. <br><br> ROMAN W. WILLIAMS, et al., <br><br> Defendants. | Case No. 1:10-cv-01624 LJO DLB PC <br><br> ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED <br><br> **FOURTEEN-DAY DEADLINE** <br><br> ORDER GRANTING DEFENDANTS' MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER <br> [Doc. #81] |

Plaintiff Gregorio Funtanilla, Jr., ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on September 9, 2010.

On August 27, 2014, the Court issued a discovery and scheduling order. Among other things, the order required Plaintiff and Defendants to provide initial disclosures on or before October 13, 2014. On October 13, 2014, Defendants provided Plaintiff with their initial disclosures and filed Defendants' statement of initial disclosures. On November 25, 2014, Defendants moved to modify the scheduling order because Plaintiff had failed to provide Defendants with his initial disclosures as ordered by the Court. Defendants motion will be granted. The deadlines will be reset if and when Plaintiff complies with the Court's order to provide initial disclosures.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to follow a Court order. Plaintiff shall file a response to this order within fourteen (14) days of the date of service.

1

<u>Failure to show cause, or failure to respond to this order, may result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated: **December 8, 2014**                    /s/ Dennis L. Beck
                                               UNITED STATES MAGISTRATE JUDGE